**Katherine R. Heekin**, OSB No. 944802
Katherine@HeekinLawOffice.com
The Heekin Law Firm
808 SW Third Avenue, Suite 540
Portland, OR 97204
Telephone: (503) 222-5578
Facsimile: (503) 200-5135

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF OREGON

| | |
|---|---|
| IDYLWILDE, INC., an Oregon corporation, and ZACH MERTENS, an Oregon resident,<br><br>Plaintiffs,<br><br>v.<br><br>UMPQUA FEATHER MERCHANTS, LLC, a Colorado corporation, MIRABEL, INC., a Philippines corporation, BIEN TAN, a Philippines resident, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. _____ |

Attached are Exhibits A, B and C to the initial Complaint filed herein.

Dated: November 12, 2013

THE HEEKIN LAW FIRM


By: _s/ Katherine R. Heekin_
Katherine R. Heekin, OSB # 944802
Attorney for