

Idyl's Chubby Chernobyl, Gold 12
02 PO#11846 THP0090R [1 DOZ]

MADE IN THE PHILIPPINES

1225210