

# DYLWILDE

Exhibit C - Page 1 of 4



Exhibit C - Page 2 of 4





Exhibit C - Page 4 of 4