AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| IDYLWILDE, INC., an Oregon corporation; and ZACH MERTENS, an Oregon resident<br><br>*Plaintiff(s)*<br><br>v.<br><br>UMPQUA FEATHER MERCHANTS, LLC, a Colorado corporation; MIRABEL, INC., a Philippines corporation; BIEN TAN, a Philippines resident; and DOES 1 through 10, Inclusive,<br><br>*Defendant(s)* | Civil Action No. 3:13-cv-2009-HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UMPQUA FEATHER MERCHANTS, LLC, c/o Matthew Knebel, Registered Agent, 594 S. Arthur Avenue, Louisville, CO  80027


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Katherine R. Heekin
> The Heekin Law Firm
> 808 SW Third Avenue, Suite 540
> Portland, OR 97204
> Telephone: (503) 222-5578

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

Date: **11/14/2013**

By: s/S. Sellers, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| IDYLWILDE, INC., an Oregon corporation; and ZACH MERTENS, an Oregon resident<br><br>*Plaintiff(s)*<br><br>v.<br><br>UMPQUA FEATHER MERCHANTS, LLC, a Colorado corporation; MIRABEL, INC., a Philippines corporation; BIEN TAN, a Philippines resident; and DOES 1 through 10, Inclusive,<br><br>*Defendant(s)* | Civil Action No. 3:13-cv-2009-HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BIEN TAN, Adamson Centre, 121 LP Leviste Street, Salcedo Village, Makati City Metro Manila, Philippines

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Katherine R. Heekin
> The Heekin Law Firm
> 808 SW Third Avenue, Suite 540
> Portland, OR 97204
> Telephone: (503) 222-5578

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **11/14/2013**

By: **/s/ S. Sellers, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| IDYLWILDE, INC., an Oregon corporation; and ZACH MERTENS, an Oregon resident<br><br>*Plaintiff(s)*<br>v.<br>UMPQUA FEATHER MERCHANTS, LLC, a Colorado corporation; MIRABEL, INC., a Philippines corporation; BIEN TAN, a Philippines resident; and DOES 1 through 10, Inclusive,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:13-cv-2009-HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIRABEL, INC., c/o BIEN TAN, Adamson Centre, 121 LP Leviste Street, Salcedo Village, Makati City, Metro Manila, Philippines

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Katherine R. Heekin
> The Heekin Law Firm
> 808 SW Third Avenue, Suite 540
> Portland, OR 97204
> Telephone: (503) 222-5578

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **11/14/2013**                    By: **s/S. Sellers, Deputy Clerk**