| | Raw Material Purchase | Mirabel Payments | Hooks, Boxes Beads | Quarterly Salary Differential Pay | End of Year Additional Salary |
|---|---|---|---|---|---|
| September 2012 | 305.40 | 45,000.00 | | | |
| October 2012 | 25,387.45 | 45,000.00 | | 2,500.00 | |
| November 2012 | 14,168.13 | 45,000.00 | | | |
| December 2012 | 34,310.56 | 47,500.00 | 32,500.00 | | 27,500.00 |
| | 74,171.54 | 182,500.00 | 32,500.00 | 2,500.00 | 27,500.00 |
| January 2013 | 8,109.77 | 48,150.00 | | | |
| February 2013 | 4,291.33 | 51,300.00 | 30,914.00 | - | |
| March 2013 | 24,452.81 | 51,300.00 | 28,237.00 | - | |
| April 2013 | 2,541.67 | 51,300.00 | 2,700.00 | | |
| May 2013 | 1,509.77 | 28,150.00 | | | |
| | 40,905.35 | 230,200.00 | 61,851.00 | - | - |
| Total for September-2012 -May -2013 | 115,076.89 | 412,700.00 | 94,351.00 | 2,500.00 | 27,500.00 |

652,127.89