IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IDYLWILDE, INC., and
ZACH MERTENS,

       Plaintiffs,

  v.

UMPQUA FEATHER MERCHANTS, LLC,
MIRABEL, INC., BIEN TAN, and
DOES 1 through 10,

       Defendants.

Case No. 3:13-cv-02009-HZ

TEMPORARY RESTRAINING ORDER

HERNANDEZ, District Judge:

      Having reviewed and considered Plaintiffs' motion for temporary restraining order (dkt. #11) and supporting documents, I find that a temporary restraining order ("TRO") is necessary to prevent the irreparable injury alleged in the Complaint and shown in the declarations supporting Plaintiffs' motion. Pursuant to this TRO, Defendants are temporarily restrained from promoting,

1 – TEMPORARY RESTRAINING ORDER

selling, transferring, or disposing of any flies related to this action.  Plaintiffs are to give security in the amount of $5,000.  The TRO will be effective for 14 days from the date below and may be extended as necessary pursuant to Rule 65 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED this 19 day of November, 2013, at 2:15 AM. pm

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

2 – TEMPORARY RESTRAINING ORDER